**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:          Mari Nadine Saturday v. The State of Texas

Appellate case number:       01-16-00887-CR

       Appellant Mari Nadine Saturday has moved for rehearing of this Court's opinion of May 31, 2018. The State of Texas is **ORDERED** to file a response to Appellant's motion for rehearing no later than July 23, 2018.

Judge's signature:    /s/ Jane Bland
                ☒ Acting individually    ☐ Acting for the Court

Date: July 3, 2018